IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR212 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DEREK DURAE, | ) | |
| MELISSA GLASS and | ) | |
| EDDIE GLASS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue by defendant Melissa Glass (Glass) (Filing No. 37).  Glass seeks a continuance of the trial of this matter for up to ninety (90) days for medical reasons.  Glass has filed an affidavit together with a letter from her physician.  Having reviewed the letter, the courts finds the previous continuance of trial to September 9, 2013, is sufficient.  **See** Filing No. 36.  Accordingly, Glass's request for a continuance past September 9, 2013, is denied.

**IT IS SO ORDERED.**

DATED this 1st day of August, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge